# Notice Recipients

| | | | |
|---|---|---|---|
| District/Off: 0971−3 | User: admin | | Date Created: 3/25/2025 |
| Case: 25−30141 | Form ID: NDC | | Total: 28 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | Office of the U.S. Trustee / SF | USTPRegion17.SF.ECF@usdoj.gov |
| tr | David Burchard | TESTECF@burchardtrustee.com |
| aty | A. Rita Kostopoulos | klgecf@thekostopouloslawyers.com |

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Robert Charles Spooner, II | 1582 La Salle Ave | San Francisco, CA 94124 | |
| smg | Chief Tax Collection Section | Employment Development Section | P.O. Box 826203 | Sacramento, CA 94230 |
| smg | CA Employment Development Dept. | Bankruptcy Group MIC 92E | P.O. Box 826880 | Sacramento, CA 94280−0001 |
| smg | CA Franchise Tax Board | Special Procedures Bankruptcy Unit | P.O. Box 2952 | Sacramento, CA 95812−2952 |
| 15728944 | Achieve Personal Loans | P.O.Box 2340 | Phoenix, AZ 85002 | |
| 15728496 | Achieve Personal Loans 'Notice' | PO Box 2340 | Phoenix, AZ 85002 | |
| 15728497 | Calvary SPV I LLC | PO Box 4252 | Greenwich, CT 06831 | |
| 15729224 | Cavalry SPV I, LLC | PO Box 4252 | Greenwich, CT 06831 | |
| 15728498 | Franchise Tax Board CA | Bankruptcy Section MS A340 | Po Box 2952 | Sacramento, CA 95812−2952 |
| 15728500 | Freedom Mortgage Corporation | 11988 Exit 5 Prkwy Bldg | Fishers, IN 46037 | |
| 15728499 | Freedom Mortgage Corporation | Attn: Bankruptcy | 907 Pleasant Valley Ave, Ste 3 | Mt Laurel, NJ 08054 |
| 15728502 | FreedomPlus | 1875 South Grant Street | San Mateo, CA 94402 | |
| 15728501 | FreedomPlus | Attn: Bankruptcy | 1875 South Grant St, Ste 400 | San Mateo, CA 94402 |
| 15728503 | Internal Revenue Service CA Northern | P.O. Box 7346 | Philadelphia, PA 19101 | |
| 15728504 | Kohl's | Attn: Credit Administrator | Po Box 3043 | Milwaukee, WI 53201 |
| 15728505 | Kohl's | Po Box 3115 | Milwaukee, WI 53201 | |
| 15728506 | Nestor Solutions LLC | 214 5th Street Suite 205 | Huntington Beach, CA 92648 | |
| 15728508 | Portfolio Recovery Associates, LLC | 120 Corporate Boulevard | Norfolk, VA 23502 | |
| 15728507 | Portfolio Recovery Associates, LLC | Attn: Bankruptcy | 120 Corporate Boulevard | Norfolk, VA 23502 |
| 15728509 | Synchrony Bank/Chevron | Attn: Bankruptcy | Po Box 965060 | Orlando, FL 32896 |
| 15728510 | Synchrony Bank/Chevron | P.o Box 71737 | Philadelphia, PA 19176 | |
| 15728511 | Synchrony Bank/JCPenney | Attn: Bankruptcy | Po Box 965060 | Orlando, FL 32896 |
| 15728512 | Synchrony Bank/JCPenney | Po Box 71729 | Philadelphia, PA 19176 | |
| 15728513 | Telecom Selfreported | Po Box 4500 | Allen, TX 75013 | |
| 15728514 | United States Attorney | Civil Division | 450 Golden Gate Avenue | San Francisco, CA 94102−3400 |

TOTAL: 25